

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Charles R. Johnson, Sr., Appellant

No. 06-23-00015-CV        v.

SWEPCO Southwestern Electric Power
Co., Appellee

Appeal from the 202nd District Court of
Bowie County, Texas (Tr. Ct. No.
21C0613-202).  Memorandum Opinion
delivered by Chief Justice Stevens, Justice
van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellant, Charles R. Johnson, Sr., pay all costs incurred by
reason of this appeal.

RENDERED APRIL 12, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk